FILED

2012 FEB 23 PM 1: 17

CLERK, DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

US

PLAINTIFF(S)

v.

MARK JONATHAN NEWTON

DEFENDANT(S).

CASE NUMBER **12-0446M**

~~12 CR 0023 TWP TAB~~

### AFFIDAVIT RE
### OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: US INDICTMENT
in the SOUTHERN District of INDIANA on 2-22-12
at 1:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about SEPT 2010
in violation of Title 18 U.S.C., Section(s) 2251 (a) and (e), 2251(g) AND 2
to wit: CONSPIRACY TO SEXUALLY EXPLOIT A CHILD & SEXUAL EXPLOITATION OF A CHILD

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 2-23-12 , by

_____, Deputy Clerk.

1203

_____
Signature of Agent

ANGEL HARJALA
Print Name of Agent

USPIS
_____
Agency

POSTAL INSPECTOR
_____
Title