**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
| --- | --- |
| v. | **12-0446M** |
| MARK JONATHAN NEWTON DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

FILED 2012 FEB 23 PM 1:17 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __2-23-2012__ / __0605__ ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒   No ☐
3. Charges under which defendant has been booked:
   __18 USC 2251(a) and (e), 2251(a) and 2__
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: __1970__
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): __N/A__
10. Date detainer placed on defendant: __N/A__
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. __N/A__)
12. Does the defendant have retained counsel ?   ☐ No
    ☒ Yes   Name: __Scott Clarke__   and Phone Number: __unk__
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: __Danny Yao__   Time: __11:17__ ☒ AM / PM
14. Remarks (if any): _____

15. Date: __2-23-2012__
16. Name: __Angel Harjala__ (Please Print)
17. Agency: __USPIS__
18. Signature: __Angel Harjala__
19. Office Phone Number: __213-200-3970__

CR-64 (06/09)            REPORT COMMENCING CRIMINAL ACTION