# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge __Duty__

From: __D. Johnson__, Deputy Clerk     Date Received: __3/2/12__

Case No.: __12mj446__     Case Title: __USA-v-Newton__

Document Entitled: __Motion for Transfer, Motion to Recall Rule 15 Action, Affidavit, Proof of Service, Letter to Court__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 — Document not legible
- ☑ Local Rule 11-3.8 — Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 19-1 — Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 — Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d) — No proof of service attached to document(s)
- ☑ Other: __Case closed, Defendant has an attorney, proof of service not complete, Letter to Court__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__3/5/12__     _[signature]_
Date          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)     NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>MARK JONATHAN NEWTON,<br>PETER HONGPHUCTRUONG<br>(defendants) | Docket No. 12-446 mj<br><br>MOTION FOR TRANSFER<br>(Fed. R. Crim. c. 21 (b)) |

**RELIEF SOUGHT**

The defendants jointly move the Court for an order transferring the above-entitled case to the **NORTHERN DISTRICT OF CALIFORNIA**.

**GROUNDS FOR MOTION**

The defendants move for a **CHANGE OF VENUE** PURSUANT TO RULE 21(b), Federal Rules of Criminal Procedure, for the convenience of the parties and witnesses and in the interest of justice, as more clearly appears in the affidavits of Peter HongPhucTruOng, attached to this motion, which show the actions that allegedly formed the challenged charges took place in a number of different venues; but a large portion of those charges are in the **NORTHERN DISTRICT OF CALIFORNIA**, and only a relatively small number, **IF ANY**, took place in the Southern District of Indiana.

The proposed defense witnesses and their residences listed in the affidavit establish that the **NORTHERN DISTRICT OF CALIFORNIA** is far more convenient to them than the Southern District of Indiana. Furthermore, this motion establishes without a question that the financial burden on the defendants of producing witnesses at any trial of this action is far less in the Northern District of

1

California than in the Southern District of Indiana. Indeed, the motion show that requiring the defendants to produce their evidence and witnesses in the Southern District of Indiana imposes an unfair and prejudicial financial **burden** on the defendants, and their counsel.

**SUPPORTING DOCUMENTATION**

This motion is based on this document, the attached affidavit of Peter HongPhucTruOng, and on the argument and evidence that may be presented on the hearing of this motion.

Dated: This the 28th day of February, 2012

X _____,
Mark J. Newton

X _____.
Peter HongPhucTruOng

2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs ) Docket No. 12-446 mj
Mark J.Newton, )
Peter Hong Phuc Truong ) MOTION TO RECALL RULE 15 ACTION
(Defendants) )

On this 28th day of February, 2012, we the defendants come before the Honorable court to ask that our statements, and decisions be recalled that the day of our Rule 15 hearing under the Fed. R. Crim. P. were not properly advised of ALL of our Rights concerning the process of which we could UNDER LAW change the Venue of our pending proceedings.

We, the defendants, having NEVER had any encounters with Law Officials in the Criminal Justice System HERE, **NOR** in our home country of Australia, were in a lot of STRESS, and under severe DURESS to go along with the proceedings without being advised of any other alternatives.

So we dutifully ask this court, with mercy to ACCEPT this PRO SE motion in withdrawing our former waiver of the Rule 15 Proceeding, and that the Court consider our <u>Change of Venue Request.</u>

Dated: This the 28th Day of February, 2012

X _____,
Mark J. Newton

X _____
Peter Hong Phuc Truong

# ">

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA  )   Docket No. 12-446 mj
                          )
         VS               )   AFFIDAVIT
                          )
Mark J. Newton,           )   PER: 28 U.S.C. § 1746
Peter Hong Phuc Truong    )
     (defendants)         )
                          )
_____)

I, Peter Hong Phuc Truong #62383-112, declare the following:

1.) I am over the age of 18 years of age, and am competent to testify in this matter.

2.) All of the statements made in this declaration are true and to my own personal knowledge.

In the matter before me, I would like all involved to know that first and foremost that the evidence provided to myself by the Federal Authorities showed that the alleged crimes were primarily perpertrated in the Northern District of California.

We the defendants wish the case to be taken, and be heard by the Northern District of California for the reasons we set forth below:

   1.) Our son is in the custody and jurisdiction of the
   the Department of Children and Family Services, California.
   He is an important witness in this case and to transport
   him interstate to Indiana, where this case presently presides
   will be a legally cumbersom and stressful ordeal for him.
   2.) We have family and friends in the Bay Area that we will
   not otherwise have access to as witnesses due to time,
   logistical and financial constraints concerning their
   transport to Indiana. This would cause undue financial burden

on us as well as the United States Government.

3.) None of the alleged offenses actually took place in the State of Indiana, but rather in the Northern District of California.

4.) Neither of us have any further ties, Implied or otherwise in the state of Indiana.

Based on the foregoing facts provided, it would be impossible, and in violation of our Due Process Rights to provide effective preperation for defense, and provide for witnesses.

We respectfully ask that this Honorable Court allow us the defendants to defend these allegations to which better suits the parties named in this affidavit.

Dated: This the 28th day of February, 2012

X _____
Peter Hong-Phuc Truong

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
            VS. )    Docket No. 12-446mj
Mark Jonathan Newton, )
Peter Hong Phuc Tru Ong )    PROOF OF SERVICE
    (defendants) )

I, Mark J. Newton, that on this 28th day of February 2012; I deposited the motion in the Unit Mailbox for shipment Via the United States Postal Service to the United States District Court located at: 312 North Spring Street, Room G-8, Los Angeles, CA 90012.

Number of Pages (Including Cover) ___8___

[Stamp: RECEIVED BUT NOT FILED, MAR - 2 2012, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, BY ___ DEPUTY]

[Stamp: RECEIVED AND RETURNED, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]

Mark J. Newton, Reg.# 62382-112
Peter Hong Phuc Tru Ong, Reg.#62383-112
Metropolitan Detention Center-LA
PO BOX 1500
Los Angeles, CA 90053

Via: US 1st Class Mail

Re: Stay of Injunction

Clerks Office
312 North Spring Street,
Room G-8
Los Angeles, CA 90012                February 28th of 2012

To the Honorable Clerk Terry Nafisi,

    Please find the enclosed motion and affidavit; please file under the appropriate case number and place on the Judge's calender AS SOON AS POSSIBLE. Please NOTIFY the UNITED STATES MARSHAL'S of a pending hearing for a STAY OF INJUNCTION.

    Thank you for your courtesy,

                                      Respectfully Yours,

X _____ ,   X _____
    Mark J. Newton                      Peter Hong Phuc Tru Ong